# Court of Appeals
# of the State of Georgia

ATLANTA, November 13, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0391.  CHARLES MURDAUGH v. THE STATE.**

A jury found Charles Murdaugh guilty of several offenses, including aggravated assault, and sentence was entered on October 12, 2011. On November 30, 2011, Murdaugh filed a motion for new trial, which the trial court denied on December 2, 2011. Murdaugh filed a notice of appeal on January 20, 2012.

To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995). Because Murdaugh did not file his notice of appeal until 49 days after entry of the order he seeks to appeal, his appeal is untimely.

Furthermore, although a motion for new trial generally extends the deadline for filing a notice of appeal, such motion is not valid unless filed within 30 days after the entry of judgment. See *Wright v. Rhodes*, 198 Ga. App. 269 (401 SE2d 35) (1990); OCGA § 5-5-40 (a). An untimely motion for new trial is void and does not toll the time for filing a notice of appeal. *Wright*, supra.  Because Murdaugh did not file his motion for new trial within 30 days of entry of the judgment of conviction, the motion did not extend the appeal deadline. For these reasons, Murdaugh's appeal is hereby DISMISSED for lack of jurisdiction.

We note, however, that Murdaugh, who was represented by counsel, may be entitled to pursue an out-of-time appeal. He is therefore informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995): This appeal has been dismissed because you failed to file a timely notice of appeal. If you still

wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to Murdaugh and to Murdaugh's attorney, and the latter is also directed to send a copy to Murdaugh.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/13/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*